SPECTRUM ASSOCIATES, L.P., Appellant, v ALL MINE OF ORANGE, INC., Respondent. [889 NYS2d 489]—

Under the circumstances here, the plaintiff is not entitled to any relief on this appeal. Rivera, J.P., Dickerson, Hall and Lott, JJ., concur.